UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

**07-60838** CIV-GRAHAM

INEZ K. MCKENNA,

Plaintiff,

MAGISTRATE JUDGE
O'SULLIVAN

v.

THE LAW FIRM OF JOE PEZZUTO, LLC,

Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15

U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and

Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, INEZ K. MCKENNA, is a natural person who resides in

Broward County, Florida.

4.      Defendant, THE LAW FIRM OF JOE PEZZUTO, LLC, is a limited liability company with its principal place of business at Suite A2, 4013 East Broadway Road, Phoenix, Arizona 85040.

5.      The Defendant regularly uses the United States Mail and or instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts or regularly collects or attempts to collect debts for other parties.  It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

6.      Defendant sought to collect from Plaintiff an alleged debt stemming from a credit card used for personal purposes.

7.      Due to the death of Plaintiff's spouse, Plaintiff was unable to pay the alleged debt.

8.      Defendant left the following message on Plaintiff's voice mail on June 11, 2007:

> Hello. This is the Law Office of Joe Pezzuto calling for Inez McKenna. This is not a sales or marketing message. Please return this call at 1-866-826-4101. Again the number to call is 1-866-826-4101. Thank you.

9.      Defendant left an identical telephone message at numerous times in the one-year period prior to the filing of this complaint.

10.      The messages are "communications" as defined by 15 U.S.C. §1692a(2).

2

11.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

12.     On or about May 22, 2007, Defendant sent Plaintiff a collection letter, a true copy of which is attached as exhibit "A". (the "collection letter").

13.     The collection letter bears the typed signature of an attorney.

14.     Based upon information and belief, at the time Defendant sent its collection letter, no attorney had reviewed Plaintiff's file, nor had any attorney exercised independent professional judgment with respect to the alleged debt.

15.     The collection letter falsely implies an attorney was involved with respect to the Plaintiff's specific account.

**COUNT I**
**FAILURE TO DISCLOSE DEFENDANT'S STATUS AS A DEBT COLLECTOR**

16.     Plaintiff incorporates Paragraphs 1 through 15.

17.     Defendant's telephone messages failed to disclose that they were from a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006), *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (D. Fla. 2006), and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

18.    Plaintiff incorporates Paragraphs 1 through 15.

19.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT III
## FALSE IMPLICATION OF ATTORNEY INVOLVEMENT

20.    Plaintiff incorporates Paragraphs 1 through 15.

21.    Defendant's collection letter falsely implies that an attorney was professionally involved with Plaintiff's specific account in violation of 15 U.S.C §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

Dated this ___14___ day of June, 2007.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

# EXHIBIT "A"

**The Law Office Of Joe Pezzuto, LLC**
4013 E. Broadway, Suite A2
Phoenix, AZ 85040
(Local) 602-274-9911
(Facsimile) 602-274-8811
(Toll Free) 866-826-4101

**May 22nd, 2007**

28937994/13881999061105558/1244    (#172)    06106
INEZ K MCKENNA
2213 SW 84TH AVE
DAVIE, FL  33324-5364



Re:  Creditor:                  CACH, LLC.
     Original Creditor:        BANK OF AMERICA,N.A.
     Account Number:          13881999061105558
     Amount Owed:             $12,481.83
     Interest Due:            $1,530.76
     CURRENT BALANCE:  $14,012.59

Dear INEZ K MCKENNA:

As you already know, this office has been retained to collect the amount you owe in the above-referenced matter. Previously, this office forwarded to you our initial demand letter. Since that time, we have tried to resolve this matter with you without success.

Because you did not dispute the validity of this debt, the law permits us to now assume the debt to be valid. We believe this matter could be settled if you are willing to cooperate with us. The purpose of this letter is to request that you contact this office to make arrangements. Please contact us no later than 15 days from the date of this letter should you wish to resolve this matter. Our toll free number is 1-866-826-4101.

If we do not hear from you, it may become necessary for our client to pursue any and all remedies available to it. It is our sincere hope that this will not be necessary.  If you would like to make a payment online please go to www.pezzutolawgroup.com.

Thank you for your anticipated cooperation. We look forward to hearing from you.

Sincerely,

Joe Pezzuto, Esq.

BE ADVISED, THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. AS REQUIRED BY LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATION.

# ↝CIVIL COVER SHEET ↜

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Inez K. McKenna

**07-60838**

**CIV-GRAHAM**

**DEFENDANTS**

The Law Office of Joe Pezzuto, LLC

**MAGISTRATE JUDGE O'SULLIVAN**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) BROWARD

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842

FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

0:07CV60838

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

Graham - O'Sullivan

| II. | BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY) | III. | CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only) | | | |
|---|---|---|---|---|---|---|

| | | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1. | U.S. Government Plaintiff | ☒ 3. | Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| ☐ 2. | U.S. Government Defendant | ☐ 4. | Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | ☐ 2 | ☐ 2 |
| | | | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.**   **1-2**   days estimated (for both sides) to try entire case   **15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act**

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 363 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander   ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability   **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine   ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability   ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle   ☐ 380 Other Personnel Property | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 385 Property Damage Product | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS**   **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment   ☐ 530 General* | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations   ☐ 535 Death Penalty | ☐ 791 Employee Ret. Inc. Security B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare   ☐ 540 Mandamus & Other* | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights   ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | |

| VI. ORIGIN | (PLACE AN X IN ONE BOX ONLY) | |
|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2 Removed from State Court | ☐ 3. Remanded from Appellate Court   ☐ 4. Refiled   ☐ 5. Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7. Appeal to District Judge from Magistrate Judgment |

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23   CLASS ACTION No | DEMAND $ N/A | Check YES only if demanded in complaint   ☒ NO   JURY DEMAND: ☐ YES |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE ___   DOCKET NUMBER ___

DATE: June ___ 2007   SIGNATURE OF ATTORNEY OF RECORD

| UNITED STATES DISTRICT COURT | FOR OFFICE USE ONLY: Receipt No. ___   Amount $300 |
|---|---|
| S/F 1-2 REV. 9/94 | Date Paid: ___   M/ifp: ___ |

540275