UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 07-60838-CIV-GRAHAM

INEZ K. MCKENNA,

    Plaintiff,

vs.

THE LAW OFFICE OF JOE PEZZUTO, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 4].

**THE COURT** has considered the Notice, the pertinent portions of the record, and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED**, with prejudice. It is further

**ORDERED AND ADJUDGED** that all pending motions are **DENIED**, as moot. This case is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2007.

                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

*CLOSED CIVIL CASE*